IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAYNA LEIGHTON, | ) | Case No. 8:13CV60 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CREDIT MANAGEMENT SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon the Notice of Settlement (#7) filed by JD Haas, counsel for Plaintiff,

**IT IS ORDERED:**

1.  On or before **August 6, 2013,** the plaintiff shall electronically file a motion for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  All pending deadlines are terminated on the notice that this case is settled.

Dated: June 7, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge