IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAYNA LEIGHTON,<br><br>        Plaintiff,<br><br>   vs.<br><br>CREDIT MANAGEMENT SERVICES, INC.,<br><br>        Defendant. | CASE NO. 8:13CV60<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Plaintiff's Notice of Dismissal With Prejudice. (Filing No. 9.) The notice complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. Accordingly,

    IT IS ORDERD:

    1.    The Plaintiff's Notice of Dismissal With Prejudice (Filing No. 9) is approved;

    2.    This case is dismissed with prejudice; and

    3.    The Court will not assess costs or attorney's fees.

Dated this 12th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge